Alexander Kolodin (AZ #030826)
Veronica Lucero (AZ #030292)
Neal Carter (AZ #034200)
DAVILLIER LAW GROUP, LLC
4105 North 20th Street, Suite 110
Phoenix, Arizona 85016
Tel: (602) 730-2985
akolodin@davillierlawgroup.com
vlucero@davillierlawgroup.com
ncarter@davillierlawgroup.com
yuka@davillierlawgroup.com (file copies)

Nicole C. Pearson* (CA #265350)
Rachel L. Dreher* (FL #32092)
CITIZEN AG
111 NE 1st Street, 8th Floor
Miami, FL 33132
Tel: (442) 272-5526
nicole@citizenag.org
rachel@citizenag.org
*pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 1789 Foundation Inc., d/b/a Citizen AG, and Lindsey Graham,<br><br>*Plaintiffs*,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Secretary of State,<br><br>*Defendant*. | Case No. CV-24-02987-PHX-SP<br><br>**STIPULATION EXTEND PENDING DEADLINES**<br><br>**(Second Request)** |

1

PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION

The parties are aware that the Court did not grant, in full, their prior extension request. Since the Court granted the extension in part on December 13, 2024 (Doc. 32), the parties have held two meet-and-confer conferences and the Secretary has produced additional records including registration information and vote history for every active, inactive, and canceled voter in Arizona for the 2020, 2022 and 2024 election cycles. The Secretary continues to work to produce other, older records to Plaintiffs. However, the resolution of the dispute between the parties, including their dispute regarding compliance with this Court's Order, if resolution can be reached, necessitates the expenditure of significant time and involvement by Secretary of State's office and significant review time by Citizen AG. The parties jointly believe that there will be the best opportunity for the amicable resolution of some or all of the issues at bar if a further extension is granted.

Therefore, pursuant to Local Rule 7.3, Plaintiffs 1789 Foundation, Inc., d/b/a Citizen AG, and Lindsey Graham (collectively, "Plaintiffs"), Defendant Adrian Fontes, and proposed Intervenors One Arizona and Arizona Alliance for Retired Americans hereby stipulate, agree to, and re-urge their request for extension of pending deadlines in this matter. In particular, the parties agree that Plaintiffs may have until February 14, 2025 to file a response to the Motion to Intervene (Doc. 19) and Defendant may have until February 21, 2025 to respond to the Complaint (Doc. 1).

This further extension will permit the parties to work in good faith to address issues related to the availability and provision of voter records requested by Citizen AG.

For the Court's convenience, and proposed order is lodged herewith.

Dated: December 26, 2024

Respectfully submitted,

DAVILLIER LAW GROUP, LLC

/s/Alexander Kolodin
Alexander Kolodin
Veronica Lucero
Neal Carter

CITIZEN AG

Nicole C. Pearson* (CA #265350)
Rachel L. Dreher*
*pro hac vice*

*Attorneys for Plaintiffs*

Kristin K. Mayes
Attorney General

/s/Karen J. Hartman-Tellez (with permission)
Karen J. Hartman-Tellez
Kara Karlson
Senior Litigation Counsel
Kyle Cummings
Assistant Attorney General

*Attorneys for Arizona Secretary of State Adrian Fontes*

ELIAS LAW GROUP LLP

/s/Lalitha Madduri (with permission)
Lalitha Madduri
Chris Dodge
Omeed Alerasool
James J. Pinchak
Julie Zuckerbrod

3

*Attorneys for Proposed Intervenor-Defendants One Arizona and the Arizona Alliance for Retired Americans*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2024, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, and transmittal of a Notice of Electronic Filing to the ECF registrants on record.

DAVILLIER LAW GROUP, LLC

/s/Alexander Kolodin