**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 1789 Foundation Incorporated et al., | No. CV-24-02987-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Adrian Fontes, | |
| Defendant. | |

    Before the Court is the parties' Second Stipulation to Extend Pending Deadlines (Doc. 35), in which they renew their previous request (Doc. 31) to extend two upcoming response deadlines. This Court previously extended the deadline for Plaintiffs to respond to the Motion to Intervene (Doc. 19) until January 3, 2025, and it also extended the deadline for Defendant to answer the Complaint (Doc. 1) until January 10, 2025. (Doc. 32). The parties once again request extensions until February 14, 2025 to respond to the Motion to Intervene, and until February 21, 2025 to respond to the Complaint. (Doc. 35 at 2).

    The parties argue that since this Court's previous Order (Doc. 32), "the parties have held two meet-and-confer conferences and the Secretary has produced additional records including registration information and vote history for every active, inactive, and canceled voter in Arizona for the 2020, 2022 and 2024 election cycles." (Doc. 35 at 2). However, they argue that "the resolution of the dispute between the parties, including their dispute regarding compliance with this Court's Order, if resolution can be reached, necessitates the expenditure of significant time and involvement by Secretary of State's office and

significant review time by Citizen AG. The parties jointly believe that there will be the best opportunity for the amicable resolution of some or all of the issues at bar if a further extension is granted." (*Id.*). Once again, the parties are vague about the difficulties they appear to be facing in complying with this Court's November 1, 2024 Order (Doc. 17) to produce the relevant records despite the December 2, 2024 deadline established by that Order (Doc. 17 at 14) and despite Defendant's December 3, 2024 Notice that the relevant records had been produced (Doc. 27).

The Court will therefore grant the parties' requested extension only with the admonishment that *no* additional extensions of these deadlines will be considered.

Accordingly,

**IT IS ORDERED** that the parties' Second Stipulation to Extend Pending Deadlines (Doc. 35) is **granted**. Responses to the Motion to Intervene as Defendants by One Arizona and the Arizona Alliance for Retired Americans (Doc. 19) shall be due on **February 14, 2025**. Defendant's Answer or other response to Plaintiff's Complaint (Doc. 1) shall be due on **February 21, 2025**.

Dated this 2nd day of January, 2025.

Honorable Steven P. Logan
United States District Judge